FILED
2007 Jan-24 PM 04:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

FILED
JAN 2 3 2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

January 18, 2007

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 06-16561-JJ**
Case Style: E. A . Renfroe & Company, Inc. v. Cori Rigsby Mora
District Court Number: 06-01752 CV-AR-S ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carol P. Lewis (404) 335-6179

MOT-2 (03-2006)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT



**FILED**
JAN 2 3 2007
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 1 8 2007
THOMAS K. KAHN
CLERK

06-16561-JJ

E. A. RENFROE & COMPANY, INC.,

Plaintiff-Appellee,

versus

CORI RIGSBY MORAN,
KERRI RIGSBY,

Defendants-Appellants.

On Appeal from the United States District Court for the
Northern District of Alabama

BEFORE: BARKETT, HULL, and PRYOR, Circuit Judges.

Appellants' motion to stay the preliminary injunction pending disposition of this appeal is DENIED. Among other reasons, Appellants have failed to establish irreparable harm in the absence of a stay, because Appellants allege that attorney Richard Scruggs has turned the documents that are subject of the preliminary injunction over to the Attorney General of Mississippi and the Appellants are no longer in possession of those documents.