```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

E.A. RENFROE & COMPANY, INC.,  }
                               }
     Plaintiff,                }
                               }    CIVIL ACTION NO.
v.                             }    06-AR-1752-S
                               }
CORI RIGSBY MORAN, et al.,     }
                               }
     Defendants.               }
```

## MEMORANDUM OPINION AND ORDER

Having considered the motion of defendants, Cori Rigsby Moran and Kerri Rigsby, to dismiss or to join State Farm Insurance Company as a party, the court concludes that neither of the suggested alternatives is meritorious. There is nothing new about the motion to dismiss and to make State Farm a party, whether as plaintiff or as defendant, makes no sense inasmuch as no relief is being sought against it and because movants had the information necessary for filing their motion long before they filed it. If State Farm has an interest in the outcome it can seek intervention. Defendants' motion is DENIED.

The civil contempt hearing postponed while the court considered defendants' motion is hereby RESCHEDULED for **9:30 a.m., March 21, 2007.**

DONE this 2nd day of March, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE