UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| E.A. RENFROE & COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| -vs- | ) | 2:06-CV-06-WMA-1752-S |
| | ) | |
| CORI RIGSBY MORAN and KERRI RIGSBY | ) | Judge William M. Acker, Jr. |
| | ) | |
| Defendants. | ) | |

## RENFROE'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING BREACH OF CONTACT

Plaintiff E.A. Renfroe & Company, Inc. ("Renfroe") files this Motion seeking partial summary judgment on the issues of Defendants Cori Rigsby Moran's and Kerri Rigsbys' ("Defendants" or "Rigsbys") liability for breach of contract. As set out in detail in the accompanying Brief, which is fully incorporated herein by reference, Renfroe has established all of the elements required to establish the Defendants' breach of their employment contracts. Further, and the Eleventh Circuit's decision in the Defendants' appeal of the Preliminary Injunction (Dkt. 60) has disposed of all issues relating to Defendants' breaches of contract thereby barring re-litigation of the issues so decided either explicitly or by necessary implication. *E.A. Renfroe & Co.*

1

*v. Moran*, 2007 WL 2404719 (11th Cir. 2007); *United States v. Jordan*, 429 F.3d 1032, 1035 (11th Cir. 2005). In this Motion, Renfroe does not yet seek judgment on its claims regarding violation of the Alabama Trade Secrets Act, economic damages, materials not returned when requested, or other remedies.

ACCORDINGLY, Renfroe respectfully requests that this Court grant it partial summary judgment on Defendants' liability for the breach of their employment contracts and for such other relief to which it may be justly entitled.

Respectfully submitted this 31st day of October, 2007.

By: **/s/ Jack E. Held**
Jack E. Held
Alabama Bar No. 6188-H65J
jackheld@sirote.com
**/s/ J. Rushton McClees**
J. Rushton McClees
Alabama Bar No. ASB-8805-C39J
rmcclees@sirote.com

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
205-930-5100
205-930-5101

And

By: **/s/ Barbara Ellis Stanley**
Barbara Ellis Stanley
Admitted Pro Hac Vice

2

Texas Bar No.: 19043800
bstanley@helmsgreene.com

HELMS & GREENE, LLC
One City Centre, Suite 1290
1021 Main Street
Houston, Texas 77002
713-651-0277
713-651-0288 (Fax)
bstanley@helmsgreene.com

ATTORNEYS FOR PLAINTIFF
E.A. RENFROE & COMPANY, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record pursuant to the Federal Rules of Civil Procedure and the CM/ECF System on October 31, 2007.

/s/ Barbara Ellis Stanley


Mr. William W. Taylor, III
Mr. Michael R. Smith
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, D.C. 20036
wwtaylor@zuckerman.com
msmith@zuckerman.com

Mr. Harlan Winn III
Mr. Robert E. Battle
Battle, Fleenor Green Winn & Clemmer LLP
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
hwinn@bfgwc.com
rbattle@bfgwc.com