FILED

2008 Jun-04  PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| E.A. RENFROE & COMPANY, INC., | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 06-AR-1752-S |
| | } | 08-mc-0908-S |
| CORI RIGSBY, et al., | } | |
| | } | CONSOLIDATED |
| Defendants. | } | |

## MEMORANDUM OPINION AND ORDER

The court has for consideration the renewed motion of
defendants, Cori Rigsby and Kerri Rigsby, to transfer the above-
entitled case to the United States District Court for the
Southern District of Mississippi, or, in the alternative to stay
this case pending outcome of the *qui tam* case in Mississippi.
Although the consolidated case recently transferred to this court
from the Central District of Illinois is not mentioned in the
transfer motion, a granting of the transfer would necessarily
move the consolidated case from Illinois to its third resting
place.  Although the cases are related, the issues are
substantially different, and if this action were transferred, it
would be infeasible to consolidate the cases for trial.
Overlapping discovery can be offered in both cases in both
courts.  Accordingly, the motion, in both of these aspects, is
DENIED.

DONE this 4th day of June, 2008.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE