IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E.A. RENFROE & COMPANY, INC., } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 06-AR-1752-S |
| } | |
| CORI RIGSBY, et al., } | |
| } | |
| Defendants. } | |

**<u>NOTICE</u>**

The parties are hereby notified that, as promised, all documents in the possession of the court have been shredded.

DONE this 28th day of July, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE