UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

E A Renfroe & Company Inc    }
    Plaintiff(s)    }
  v.    }    Case Number:   CV 06-AR-1752-S
        }
Cori Rigsby Moran, et al    }
    Defendant(s)    }

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to Chief Judge Sharon L. Blackburn.

Please use case number **CV 06-B-1752-S** on all subsequent pleadings.

DATED: October 26, 2009

                        SHARON N. HARRIS, CLERK

                        By: *K. Englehut*
                           Deputy Clerk

SNH:kge

xc:   Judges
       Counsel