# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| E.A. RENFROE & COMPANY, INC., ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.:2:06-CV-01752-SLB |
| CORI RIGSBY MORAN and KERRI RIGSBY, et al. ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL
## BETWEEN PLAINTIFF AND NON-PARTIES

The disputes between the parties to this action were previously settled and dismissed by an order dated April 7, 2009. Following a reversal of the contempt findings against non-parties Richard F. Scruggs and the Scruggs Law Firm, P.A. by the United States Court of Appeals for the Eleventh Circuit, Appeal Number 08-14716-DD, the remaining disputes have been settled between E. A. Renfroe & Company, Inc., and the above-referenced non-parties. Therefore, by and through their respective counsel of record, the undersigned do hereby jointly stipulate to the dismissal of all remaining issues and claims between them in this matter, with prejudice, each party to bear its own respective costs.

Dated this 10th day of November, 2009.

        Respectfully submitted,

        /s/ Jack E. Held (w/ express permission)
        Jack E. Held, Esquire
        J. Rushton McClees, Esquire
        Sirote & Permutt, P.C.
        Post Office Box 55727
        Birmingham, Alabama 35255-5727
        Telephone:  205-930-5100
        Facsimile:   205-930-5101
        E-mail:      jackheld@sirote.com
                    rmcclees@sirote.com

        Counsel for E.A. Renfroe & Company, Inc.

        /s/ Frank M. Bainbridge
        Frank M. Bainbridge

        /s/ Bruce F. Rogers
        Bruce F. Rogers
        Bainbridge, Mims, Rogers & Smith, LLP
        The Luckie Building, Suite 415
        600 Luckie Drive (35223)
        Post Office Box 530886
        Birmingham, Alabama 35253
        Telephone:  (205) 879-1100
        Facsimile:   (205) 879-4300
        E-mail:  fbainbridge@bainbridgemims.com
                 brogers@bainbridgemims.com

        Counsel for Non-parties Richard F. Scruggs
        and Scruggs Law Firm, P.A.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on __November 10, 2009__, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing, as well as provided the district court clerk with sufficient copies of this notice, pursuant to Rule 3(d)(1) of the Federal Rules of Appellate Procedure, to provide notice to the following by U.S. Mail:

Harlan F. Winn, III, Esquire
Robert E. Battle, Esquire
Battle, Fleenor, Green, Winn & Clemmer, LLP
The Financial Center
505 N. 20th Street, Suite 1150
Birmingham, Alabama 35203
hwinn@bfgwc.com
rbattle@bfgwc.com

Barbara Ellis Stanley, Esquire
Helms & Greene, LLC
One City Centre, Suite 1290
1021 Main Street
Houston, Texas 77002
bstanley@helmsgreene.com
wtaylor@zuckerman.com

Victoria L. Helms, Esquire
Helms & Greene, LLC
115 Perimeter Center Place, Suite 635
Atlanta, Georgia 30346
vhelms@helmsgreene.com

                                                /s/ Bruce F. Rogers
                                                Of Counsel