IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

E. A. RENFROE & COMPANY, INC.,   }
                                 }
         Plaintiff                }
                                 }
v.                                }
                                 }   CASE NO. 2:06-cv-1752-SLB
CORI RIGSBY MORAN, et al,         }
                                 }
         Defendants               }
- - - - - - - - - - - - - - -     }
RICHARD F. SCRUGGS and            }
THE SCRUGGS LAW FIRM, P.A.,       }
                                 }
         Non-Parties              }

## ORDER

This case is before the court on the Joint Stipulation of Dismissal Between Plaintiff and Non-Parties, (doc. 428),[1] filed on November 10, 2009. Pursuant to that Stipulation, it is **ORDERED** that all remaining claims between plaintiff and the above-referenced non-parties are **DISMISSED WITH PREJUDICE.** Each party shall bear his or its own costs.

**DONE** this 10th day of November, 2009.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.